# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESERVING COMMUNITIES THROUGH ECONOMIC UNITY,<br><br>                    Plaintiff,<br><br>v.<br><br>CAMDEN PROPERTY TRUST,<br><br>                    Defendant. | Civil No. 15-cv-3127 (JRT/TNL)<br><br>**ORDER** |

Preserving Communities Through Economic Unity, Theron P. Washington, 2510 North Fourth Street, Apartment No. 103, Minneapolis, MN 55411 (*pro se* Plaintiff).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 17, 2015 (Docket No. 5), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. Plaintiff's motion for hearing (ECF No. 3) is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  October 9, 2015
at Minneapolis, Minnesota.

                                                              s/John R. Tunheim
                                                              JOHN R. TUNHEIM
                                                              Chief Judge
                                                              United States District Court